KING *v.* THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

DOWNEY, J.—There is no question in this case not decided in the case of *Straughan* v. *The Indianapolis and St. Louis Railroad Company, ante,* p. 185.

For the reasons there given, the judgment in this case is affirmed, with five per cent. damages and costs.

*C. C. Nave* and — *Nave,* for appellant.

*M. A. Osborn* and *L. Ritter,* for appellee.